# EXHIBIT 2

# U.S. Patent No. 9,589,423 Preliminary
# Infringement Claim Chart Against 8fuse

| U.S. Patent No. 9,589,423<br>Claim 10 | 8fuse Software |
|---|---|
| 10. A method of providing a sweepstakes prize comprising: | Although the preamble is not limiting, 8fuse makes, uses, offers for sale, and/or sells software for providing a sweepstakes prize.<br><br>**Internet café or sweepstakes**<br><br>8fuse offers a flexible system that you can easily adapt to your needs and circumstances.<br><br>more...<br><br>• simple and fast installation that can be done on regular computers – you will need to give us access to PC and we will install it all for you. Computer needs to be connected to the Internet – nothing more<br>• system offers JackPot progressive system or community board options youtu.be<br>• more than 100+ games (some of them presented here youtu.be)<br>• bonuses 5 for 20 etc<br>• adjustable pay-outs reflective of what you are looking for, we offer hold of 30-35%<br><br>*See* http://8fuse.com/. |

1

| U.S. Patent No. 9,589,423<br>Claim 10 | 8fuse Software |
|---|---|
| a. facilitating, by one or more processors, selection of a plurality of game plays; | 8fuse's sweepstakes prize software is installed on computers with one or more processors and facilitates the selection of a plurality of game plays.<br><br>- simple and fast installation that can be done on regular computers – you will need to give us access to PC and we will install it all for you. Computer needs to be connected to the Internet – nothing more
- system offers JackPot progressive system or community board options youtu.be
- more than 100+ games (some of them presented here youtu.be)
- bonuses 5 for 20 etc
- adjustable pay-outs reflective of what you are looking for, we offer hold of 30-35%
- low hardware investments- our system works on cheap-150$+shipping per 1 unit-computers. Same for monitor and POS, but you might need to by printer as an option) we can send it to you very fast!
- or you can use our own computers. NO SERVER! Internet connection required!
- you can build unique reports for all of your locations in few minutes
- players have option of playing more than 200 games at home or on a cell phone - a unique link will be provided to you personally<br><br>*Regular computer has at least one processor*<br><br>*Selection of plurality of games*<br><br>See http://8fuse.com/. |

2

| U.S. Patent No. 9,589,423<br>Claim 10 | 8fuse Software |
|---|---|
|  | <br>See http://8fuse.com/. |

| U.S. Patent No. 9,589,423<br>Claim 10 | 8fuse Software |
|---|---|
|  | *See* http://8fuse.com/. |
| b. prior to a visual display of the results of the game plays, determining, by the one or more processors, the prize associated with each one of the plurality of game plays and a total value for the prizes associated with the first plurality of game plays; | 8fuse's sweepstakes prize software determines the prize associated with each one of the plurality of game plays and a total value for the prizes associated with the first plurality of game plays prior to a visual display of the results of the game plays. |

4

| U.S. Patent No. 9,589,423 Claim 10 | 8fuse Software |
|---|---|
|  | - simple and fast installation that can be done on regular computers – you will need to give us access to PC and we will install it all for you. Computer needs to be connected to the Internet – nothing more<br>- system offers JackPot progressive system or community board options youtu.be<br>- more than 100+ games (some of them presented here youtu.be)<br>- bonuses 5 for 20 etc<br>- adjustable pay-outs reflective of what you are looking for, we offer hold of 30-35%<br>- low hardware investments- our system works on cheap- 150$+shipping per 1 unit-computers. Same for monitor and POS, but you might need to by printer as an option) we can send it to you very fast!<br>- or you can use our own computers. NO SERVER! Internet connection required!<br>- you can build unique reports for all of your locations in few minutes<br>- players have option of playing more than 200 games at home or on a cell phone - a unique link will be provided to you personally<br><br>← Regular computer has at least one processor<br><br>← Value of prizes is predetermined before display to user<br><br>See http://8fuse.com/. |
| c. prior to a visual display of the results of the game plays, provisionally crediting the total value for the prizes associated with the first plurality of game plays to the user; and | 8fuse's sweepstakes prize software provisionally credits the total value for the prizes associated with the first plurality of game plays to the user prior to a visual display of the results of the game plays. |

5

| U.S. Patent No. 9,589,423<br>Claim 10 | 8fuse Software |
|---|---|
|  | *Provisionally crediting the total value for the prizes associated game plays*<br><br>See http://8fuse.com/. |
| d. providing to the user at least one selection from a group consisting of:<br><br>    i. a visual display of the plurality of game plays;<br><br>    ii. a code that is associated with the plurality of game plays; and | 8fuse's sweepstakes prize software provides, among other things, a code that is associated with the plurality of game plays to the user. |

| U.S. Patent No. 9,589,423<br>Claim 10 | 8fuse Software |
|---|---|
| iii. a program that is configured to cause a computer to interactively display to the user the results associated with the plurality of game plays. | <br>*See* https://www.youtube.com/watch?v=0R_czFaUh88. |

7